UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>v.<br><br>BLACKHORSE HOMEOWNERS ASSOCIATION, et al.,<br><br>Defendants. | Case No. 2:15-cv-02241-APG-PAL<br><br>ORDER<br><br>(Mot WD Atty – ECF No. 37) |

This matter is before the court on attorney Margaret E. Schmidt and Steven Knauss of Maier Gutierrez & Associates' Motion to Withdraw as Counsel of Record and Removal from CMECF Service List for defendant/counterclaimant T-Shack, Inc. The motion represents that Luis A. Ayon, formerly of Maier Gutierrez Ayon, and now as Ayon Law PLLC, has remained as counsel and has the files for T-Shack, Inc. Furthermore, further representation from Maier Gutierrez & Associates is not possible pursuant to NRPC 1.16. Margaret E. Schmidt and Steven Knauss of Maier Gutierrez & Associates therefore seeks leave to withdraw as counsel of record.

A review of the docket shows that Mr. Ayon of Ayon Law PLLC is receiving all notices in this matter. Furthermore, Mr. Ayon filed a Notice of Appearance (ECF No. 38) on June 26, 2017.

Having reviewed and considered the matter, and for good cause shown,

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS ORDERED:**

1. Margaret E. Schmidt and Steven Knauss of Maier Gutierrez & Associates' Motion to Withdraw as counsel for defendant/counterclaimant T-Shack, Inc. is (ECF No. 37) is **GRANTED**. Luis A. Ayon continues to still represent T-Shack, Inc.

DATED this 29th day of June, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE