DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon
fka The Bank of New York, as Trustee
for the Certificateholders of CWALT, Inc.,
Alternative Loan Trust 2004-36CB, Mortgage
Pass-Through Certificates, Series 2004-36CB*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-36CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-36CB,<br><br>Plaintiff,<br><br>vs.<br><br>BLACKHORSE HOMEOWNERS ASSOCIATION; T-SHACK, INC.; DOE INDIVIDUALS I-X, Inclusive, and ROE CORPORATIONS I-X, Inclusive,<br><br>Defendants. | Case No.: 2:15-cv-02241-APG-BNW<br><br>**ORDER TO RELEASE BOND** |

1

51631327;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| | |
|---|---|
| BLACKHORSE HOMEOWNERS ASSOCIATION, a Nevada domestic nonprofit corporation, | |
| Third-Party Plaintiff, | |
| vs. | |
| NEVADA ASSOCIATION SERVICES, INC., | |
| Third-Party Defendant. | |
| T-SHACK, INC., a foreign corporation, | |
| Counterclaimant, | |
| vs. | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-36CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-36CB, a foreign trust; DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X, inclusive, | |
| Counterdefendants. | |
| NEVADA ASSOCIATION SERVICES, INC., | |
| Counterclaimant, | |
| vs. | |
| BLACKHORSE HOMEOWNERS ASSOCIATION, a Nevada domestic nonprofit, corporation, | |
| Counterdefendant. | |

Presently before the court is the matter of *The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-36CB, Mortgage Pass-Through Certificates, Series 2004-36CB v. Blackhorse Homeowners Association, et al.*, case number 2:15-cv-02241-APG-BNW.

On March 9, 2016, the court ordered plaintiff to post a security bond for $500.00 [ECF No. 12]. On March 14, 2016, Akerman LLP posted a security bond on behalf of plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-36CB, Mortgage Pass-Through Certificates, Series 2004-36CB, receipt number NVLAS040915 for $500.00 [ECF No. 16].

On January 13, 2020, the court entered a judgment in the case, closing the case [ECF No. 64]. As this matter is now concluded, the court will refund to Akerman LLP on behalf of Plaintiff the $500.00 security bonds, plus interest.

**IT IS SO ORDERED**.

Dated: January 16, 2020.

UNITED STATES DISTRICT JUDGE

51631327;1